## Commonwealth *v.* Indemnity Insurance Company of North America, Appellant.

OPINION BY MR. JUSTICE LINN, June 26, 1936:

In accordance with the stipulation and agreement of counsel that a similar judgment may be entered in the appeal of this case as is ordered in the case of Commonwealth of Pennsylvania v. Globe Indemnity Company, the judgment is affirmed.

## Commonwealth *v.* American Surety Company, Appellant.

OPINION BY MR. JUSTICE LINN, June 26, 1936:

In accordance with the stipulation and agreement of counsel that a similar judgment may be entered in the appeal of this case as is ordered in the case of Commonwealth of Pennsylvania v. Globe Indemnity Company, the judgment is affirmed.